UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In Re:* JERSON IMMER VELÁZQUEZ, Debtor,

*Appellant*,

v.

THOMAS C. FROST, et al.,

*Respondents*.

26-CV-7472

ORDER

RONNIE ABRAMS, United States District Judge:

Appellant, proceeding *pro se*, filed the above captioned bankruptcy appeal on September 1, 2026. He also filed a statement of relatedness, asserting that this appeal is related to 26-CV-7468, another bankruptcy appeal that he filed earlier on September 1, 2026, which was also assigned to the undersigned. Upon review of the notices of appeal in both cases, it appears that they were both filed by the same Appellant and concern the exact same two bankruptcy court orders. The Court can find nothing to distinguish them.

"As part of its general power to administer its docket, a district court may stay or dismiss a suit that is duplicative of another federal court suit, since a plaintiff has no right to maintain two actions on the same subject in the same court, against the same defendant at the same time." *Sacerdote v. Cammack Larhette Advisors, LLC*, 939 F.3d 498, 504 (2d Cir. 2019). No later than September 21, 2026, Plaintiff shall inform the Court why it should not dismiss the second-filed case, 26-CV-7472, as duplicative of 26-CV-7468. The Clerk of Court is respectfully direct to mail a copy of this Order to Appellant at the address listed on the docket.

SO ORDERED.

Dated: September 3, 2026
New York, New York

Ronnie Abrams
United States District Judge